1  JUSTIN X. WANG (CSB #166183)
   BAUGHMAN & WANG
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile:  (415) 576-9929
4
   Attorney for Plaintiffs                        E-FILED***12/8/06***
5  Arvindvel SHANMUGAVEL
   Krithika RAMAMOORTHY
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   Arvindvel SHANMUGAVEL           )
10 Krithika RAMAMOORTHY            )    Case No.: C 06-6888 RMW
                                   )
11              Plaintiffs,        )
                                   )
12 Michael Chertoff, Secretary of the Department )  STIPULATION OF DISMISSAL;
   of Homeland Security;           )    ORDER
13 Emilio T. Gonzalez, Director,   )
   U.S. Citizenship and Immigration Services;  )
14 Christina Poulos, Acting Director,   )
   California Service Center, U.S.C.I.S.;  )
15 Robert S. Mueller,              )
   Director of Federal Bureau of Investigation  )
16

17      Subject to approval of the Court, the parties hereby stipulates as follows:

18      1.  Pursuant to Fed. R. Civ. P. 41 (a)(1), based on the representation by Defendants that
            Plaintiffs' FBI name checks have been cleared; and Defendants further agree to adjudicate
19          the Plaintiffs' I-485 Applications within 30 days after the visa number becomes available,
            Plaintiffs hereby dismiss this action without prejudice.
20
        2.  The parties will bear their own fees and costs.
21

22 Dated: December 6, 2006                      Respectfully submitted,

23

24
                                                 _____
                                                 Justin X. Wang, Esq.
25                                               Attorney for Plaintiffs

26

27 Dated: December 6, 2006
                                                 _____
28                                               Ila Deiss
                                                 Assistant U.S. Attorney

   Case No.: C 06 6888 RMW
   PLAINTIFF'S Stipulation of Dismissal      F:\NANCY\Mandamus\SHANMUGAVEL, Arvindvel\Stipulation of Dismissal.wpd

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: 12/8/06

/s/ Ronald M. Whyte
Ronald M. Whyte
United States District Judge

Case No.: C 06 6888 RMW
PLAINTIFF'S Stipulation of Dismissal
F:\NANCY\Mandamus\SHANMUGAVEL, Arvindvel\Stipulation of Dismissal.wpd

TOTAL P.03